UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

MICHAEL CASCIO,

    Plaintiff,

v.

STEVENS TOWING CO., INC.

    Defendant.
_____/

Case No.:

Honorable

Magistrate

## **COMPLAINT**

**NOW COMES** Plaintiff, Michael Cascio, by and through counsel undersigned, O'Bryan Baun Karamanian, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, and cure.

3. At all times material to issues herein, Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about January 21, 2022, while exiting the galley through the watertight hatch/door, a co-employee welder negligently and without notice slammed the hatch/door closed from outside the galley causing injury to Plaintiff's right upper extremity.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

    a. Pain and suffering, past future.

  b. Mortification, humiliation, fright shock, and embarrassment.

  c. Loss of earnings and earning capacity.

  d. Hospital, pharmaceutical and other cure expenses.

  e. Aggravation of prior condition, if any there be.

  f. Inability to engage in social, recreational, and other pursuits previously enjoyed.

  g. Mental anguish.

  h. Found.

  j. Maintenance, cure, and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

*Respectfully submitted,*

**HARMON, SMITH & VOURVOULIAS, LLC**

*/s/ George P. Vourvoulias*
GEORGE P. VOURVOULIAS, III (LSBA #28254)
400 Poydras St., Ste. 1680
New Orleans, LA 70130
504.680.4303, 504.527.5456 - fax
georgev@hsv-law.com